⚬AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Cory Larsen

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-cv-3228 (PAM/LIB)

v.

Comenity LLC
*D/B/A Comenity Capital Bank*
*doing business as*
Comenity Capital Bank
*doing business as*
Comenity Bank

        Defendants,

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED** that the above-captioned action is DISMISSED with prejudice without costs, disbursements or attorney fees to any party.

| February 16, 2016 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ *K. Krulas* |
| | (By)               K. Krulas   Deputy Clerk |

N:\2014 Civil\14-1298 judgment 0728.wpd          Form Modified:  09/16/04